| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 18-18134-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Jul 13 15:15:47 EDT 2018 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Bnkunted Fsb<br>7815 Nw 148th St<br>Miami Lakes, FL 33016-1554 |
| Citibank<br>701 East 60 Street North<br>Sioux Falls, SD 57104-0493 | Deptednelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Midland Credit Management<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 |
| Midland Credit Management<br>8875 Aero Dr. Suite 200<br>San Diego, CA 92123-2255 | Midland Funding<br>PO BOX 2121<br>Warren, MI 48090-2121 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient Solutions Inc<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Newpennfin-shellpointm<br>75 Beattie Pl Ste 300<br>Greenville, SC 29601-2138 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Sprechman & Associates, P.A<br>2775 Sunny Isles Blvd, Ste 100<br>North Miami Beach, FL 33160-4078 | Syncb/sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Dortis Isabel Andrews<br>6324 Mckinley St<br>Hollywood, FL 33024-5933 | Marc P Barmat<br>2255 Glades Rd Suite 301E<br>Boca Raton, FL 33431-7383 | Ricardo Corona Esq.<br>3899 NW 7 St 2 Floor<br>Miami, FL 33126-5551 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17