

**ORDERED in the Southern District of Florida on September 26, 2018.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN THE MATTER OF:                    CASE NO. 18-18134-JKO

DORTIS ISABEL ANDREWS          CHAPTER 7

Debtor,
_____/

### ORDER ON MOTION TO AVOID
### JUDICIAL LIEN ON REAL PROPERTY

**THIS CASE** came on to be heard on September 25, 2018, upon the Debtor's Motion to Avoid Lien with Midland Funding, LLC. DE #23 and this Honorable Court having considered the basis for the Motion, no objection by the office of the Chapter 13 Standing Trustee or any other party, and being otherwise duly advised on the premises, it is **ORDERED** as follows:

1. Motion to Avoid Judicial Lien with Midland Funding, LLC. DE #23 for Debtor's homestead located 6324 McKinley Street, Hollywood, Florida 33024, is hereby **GRANTED**.

2. The judicial lien of South Miami Hospital, Inc., recorded in Book 48018, Page 549, in the public records of Miami-Dade County is hereby avoided and cancelled.

\*\* \*

Submitted By:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
CORONA LAW FIRM
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.